| Attorney or Party without Attorney:<br>EDELSON PC<br>555 WEST FIFTH STREET<br>31ST FLOOR<br>LOS ANGELES, CA 90013<br>Telephone No: (213) 533-4100    FAX No: (213) 947-4251 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of Californa San Francisco Division | | | | |
| Plaintiff: JOSHUA SMITH, ECT. | | | | |
| Defendant: PEGATRON USA, INC., ETC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>14-CV-1822 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;ECF REGISTRATION INFORMATION; LETTER DATED APRIL 23, 2014

3. a. Party served:       PEGATRON USA, INC., A CALIFORNIA CORPORATION
   b. Person served:     "JOHN DOE", AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4, Asian, Male, 27 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 140 Pounds

4. Address where the party was served:       800 CORPORATE WAY
                                              SUITE B
                                              FREMONT, CA 94539

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 25, 2014 (2) at: 2:25PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Raimundo Carvalho                                           d. *The Fee for Service was:*

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone  (415) 626-3111
   Fax        (415) 626-1331
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   2014-0000968-00
       (iii) County:              San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Apr. 28, 2014

   Judicial Council Form                PROOF OF SERVICE            (Raimundo Carvalho)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                              .edel-la.611470