| Attorney or Party without Attorney: <br> EDELSON PC <br> 555 WEST FIFTH STREET <br> 31ST FLOOR <br> LOS ANGELES, CA 90013 | | For Court Use Only |
|---|---|---|
| Telephone No: (213) 533-4100   FAX No: (213) 947-4251 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of Californa San Francisco Division | | |
| Plaintiff: JOSHUA SMITH, ECT. | | |
| Defendant: PEGATRON USA, INC., ETC., ET AL. | | |

| PROOF OF SERVICE <br> SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 14-CV-1822 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE
TO EXERCISE JURISDICTION;ECF REGISTRATION INFORMATION; LETTER DATED APRIL 23, 2014

3. a. Party served: ASROCK AMERICA, INC., A CALIFORNIA CORPORATION
   b. Person served: LYNN CHANG, MANAGER AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 13848 MAGNOLIA
   CHINO, CA 91710

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Apr. 29, 2014 (2) at: 10:31AM

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Trent Mackie
                                                                   d. *The Fee for Service was:*

   3600 Lime Street, Suite 626
   Riverside, CA 92501
   Telephone   (951) 779-1110
   Fax         (951) 779-0100
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   534
      (iii) County:             San Bernardino
      (iv)  Expiration Date:    Mon, Jul. 20, 2015

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, May. 06, 2014

                                                                   (Trent Mackie)
   Judicial Council Form               PROOF OF SERVICE                            161601   .edel-la.613916
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT