1  Mark Stephen Eisen, State Bar No. 289009
   meisen@edelson.com
2  **EDELSON PC**
   555 West Fifth Street, 31st Floor
3  Los Angeles, CA 90013
   Telephone: +1 213 533 4100
4  Facsimile: +1 213 947 4251

5  [Other attorneys on signature page]

6  Attorney for Plaintiff
   JOSHUA SMITH
7
   Tod L. Gamlen, State Bar No. 83458
8   tod.gamlen@bakermckenzie.com
   Christina M. Wong, State Bar No. 288171
9   christina.wong@bakermckenzie.com
   **BAKER & McKENZIE LLP**
10 660 Hansen Way
   Palo Alto, CA  94304
11 Telephone: +1 650 856 2400
   Facsimile: +1 650 856 9299
12
   Mark D. Taylor (*Pro Hac Vice* application pending)
13  mark.taylor@bakermckenzie.com
   **BAKER & McKENZIE LLP**
14 2300 Trammell Crow Center
   2001 Ross Avenue
15 Dallas, TX  75201
   Telephone: +1 214 978 3000
16 Facsimile: +1 214 978 3099

17 Attorneys for Defendants
   PEGATRON USA, INC. and
18 ASROCK AMERICA, INC.

19                    UNITED STATES DISTRICT COURT

20          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  JOSHUA SMITH, individually and on behalf of all others similarly situated, | Case No.  3:14-cv-01822-CRB |
| 22               Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS PEGATRON USA, INC. AND ASROCK AMERICA, INC. TO RESPOND TO COMPLAINT** |
| 23         v. | |
| 24  PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC., d/b/a Fatal1ty, Inc., a Missouri corporation, | |
| 27               Defendants. | |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
STIPULATION TO EXTEND TIME FOR DEFS PEGATRON USA, INC. AND ASROCK AMERICA, INC. TO RESPOND TO COMPLAINT
518480-v1\PALDMS

# **STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Joshua Smith and Defendants Pegatron USA, Inc. and ASRock America, Inc., through their respective counsel, stipulate that such Defendants are granted an extension of the time to respond (by answer, motion, or otherwise) to the original Complaint (Dkt. No. 1) up to and including June 16, 2014.

No previous extensions have been requested or granted.

Dated:  May 13, 2014　　　　　　　　BAKER & McKENZIE LLP

By:  /s/ Tod L. Gamlen
　　Tod L. Gamlen
　　　tod.gamlen@bakermckenzie.com
　　BAKER & McKENZIE LLP
　　660 Hansen Way
　　Palo Alto, CA  94304
　　Telephone: +1 650 856 2400

　　Attorneys for Defendants
　　PEGATRON USA, INC. and
　　ASROCK AMERICA, INC.

Dated:  May 13, 2014　　　　　　　　EDELSON PC

By: /s/ Benjamin Scott Thomassen
　　Benjamin Scott Thomassen (admitted *Pro Hac Vice*)
　　　bthomassen@edelson.com
　　Jay Edelson (admitted *Pro Hac Vice*)
　　　jedelson@edelson.com
　　Amir Cheyenne Missaghi (admitted *Pro Hac Vice*)
　　　amissaghi@edelson.com
　　Rafey S. Balabanian (admitted *Pro Hac Vice*)
　　　rbalabanian@edelson.com
　　EDELSON PC
　　350 North LaSalle Street, Suite 1300
　　Chicago, IL 60654
　　Telephone:  +1 312 572 7202

　　Mark Stephen Eisen, State Bar No. 289009
　　　meisen@edelson.com
　　EDELSON PC
　　555 West Fifth Street, 31st Floor
　　Los Angeles, CA 90013
　　Telephone:  +1 213 533 4100

　　Attorneys for Plaintiff
　　JOSHUA SMITH

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
STIPULATION TO EXTEND TIME FOR DEFS PEGATRON USA, INC. AND ASROCK AMERICA, INC. TO RESPOND TO COMPLAINT
518480-v1\PALDMS

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I hereby attest that concurrence has been obtained in the filing of this document from each of the other signatories shown above.

Dated: May 13, 2014

By: /s/ Tod L. Gamlen
Tod L. Gamlen

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No. 3:14-cv-01822-CRB
STIPULATION TO EXTEND TIME FOR DEFS PEGATRON USA, INC. AND ASROCK AMERICA, INC. TO RESPOND TO COMPLAINT
518480-v1\PALDMS