Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Amir Missaghi (Admitted *Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC., d/b/a Fatal1ty, Inc., a Missouri corporation,<br><br>*Defendants.* | Case No. 3:14-cv-01822-CRB<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Charles R. Breyer<br>Action Filed: April 21, 2014 |

Plaintiff Joshua Smith ("Plaintiff") filed this putative class action against Defendants Pegatron USA, Inc., ASRock America, Inc., and Fatality, Inc. ("Defendants") on April 21, 2014. (Dkt. 1.) On June 12, 2014, Defendants moved to (i) dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 9(b) and Fed. R. Civ. P. 12(b)(6) and (ii) stay discovery pursuant to Fed. R. Civ. P. 26(c). (Dkt. 29.) No other responsive pleadings or motions have been previously filed or served by Defendants.

Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff intends to file a First Amended Class Action Complaint on or before July 3, 2014—i.e., within 21 days of service of Defendants' motion to dismiss. However, to the extent that the Civil Local Rules of this District require Plaintiff to file a response to the pending motion on or before June 26, 2014 (i.e., per Civil L.R. 7-3), Plaintiff submits this statement pursuant to Civil L.R. 7-3(b), without prejudice to any opposition he may raise to the arguments asserted in Defendants' motion. In submitting this statement, Plaintiff respectfully notifies the Court that he intends to file a First Amended Class Action Complaint as a matter of course and for his response to Defendants' motion.

//

//

//

Respectfully submitted,

Dated: June 26, 2014

**JOSHUA SMITH**, individually and on behalf of all others similarly situated,

By: /s/ Benjamin S. Thomassen
One of Plaintiff's Attorneys

Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Amir Missaghi (Admitted *Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, hereby certify that on June 26, 2014, I served the above and foregoing ***Plaintiff's Statement of Non-Opposition and Notice of Intent to File First Amended Complaint*** by causing a true and accurate copy of such paper to be filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.


/s/ Benjamin S. Thomassen