# EXHIBIT A

| From: | Ben Thomassen |
|---|---|
| To: | Gamlen, Tod L |
| Cc: | Rafey Balabanian; Taylor, Mark D; Michaud, Teresa H; Wong, Christina; Jack Yamin |
| Subject: | Re: Smith v. Pegatron, et al. (Case No. 3:14-cv-01822-CRB) |
| Date: | Friday, June 27, 2014 4:28:32 PM |

Should work fine.

> On Jun 27, 2014, at 5:33 PM, "Gamlen, Tod L" <Tod.Gamlen@bakermckenzie.com> wrote:
>
> Ben,
>
> Does 11AM CDT / 9 AM PDT work?
>
> Let me know,
>
> Tod Gamlen
>
> -----Original Message-----
> From: Ben Thomassen [mailto:bthomassen@edelson.com]
> Sent: Friday, June 27, 2014 2:38 PM
> To: Gamlen, Tod L
> Cc: Rafey Balabanian; Taylor, Mark D; Michaud, Teresa H; Wong, Christina; Jack Yamin
> Subject: Re: Smith v. Pegatron, et al. (Case No. 3:14-cv-01822-CRB)
>
> Tod:
>
> Thanks for your email and call. Let's discuss on Monday morning. I'm
> presently open, so let me know what works best for you.
>
> Thanks,
> Ben
>
> Sent from my iPhone
>
>> On Jun 27, 2014, at 12:31 PM, "Gamlen, Tod L" <Tod.Gamlen@bakermckenzie.com> wrote:
>>
>> Ben,
>>
>> We have reviewed your email below with our client and would ask you to reconsider our request that the parties stipulate to continuing the July 25 Scheduling Conference and related Rule 26 deadline to the following:
>>
>> •    Deadline for Rule 26(f) Conference – October 3, 2014
>> •    Deadline for Rule 26(a)(1) Disclosure – October 17, 2014
>> •    Deadline for parties filing Joint Case Management Statement– October 17, 2014
>> •    New date for Initial Scheduling Conference – October 24, 2014
>>
>> As of now there is no operative complaint. Without such complaint, and a meaningful opportunity to review and investigate its allegations, we cannot meaningfully or realistically address numerous issues we are supposed to cover under Rule 26(f), Rule 26(a)(1), the Court's local rules and standing orders, and/or in our Joint Case Management Statement.
>>
>> As you know, our June 12 motion to dismiss was based on several grounds. In our view it is highly doubtful that Plaintiff can cure the defects referred to in that motion and it is highly likely a further motion to dismiss will be filed as to the amended complaint. And, as we pointed out in our June 12 motion, unless and until Plaintiff asserts viable claims, Defendants should not be burdened with discovery. Iqbal v.Ashcroft, 556 U.S. 662, 686 (2009); Williams v. WMX Technologies, Inc., 112 F. 3d

175, 178 (5th Cir. 1997).  While it seems that Plaintiff is attempting to cure one or more such defects, the amended complaint could well contain additional or changed allegations which we have not seen and have had no opportunity to investigate.
>>
>> We believe continuing the Initial Scheduling Conference and related Rule 26 deadlines, as set forth above, is the most reasonable approach under the circumstances.  If we cannot stipulate to continue the Initial Scheduling Conference and related Rule 26 deadlines we will be filing a motion to continue the Initial Scheduling Conference and related Rule 26 deadlines as per the above schedule.  See Local Rule 16-2(d).
>>
>> I would suggest we have a call today or Monday to discuss if Plaintiff is willing to change his position and to now stipulate to the continuances referred to above.  I will call you today at 4 PM CDT in this regard; if that time is not good for you let me know a time today or Monday that would work for you.
>>
>> We look forward to hearing from you.
>>
>> Very truly yours,
>>
>> Tod L. Gamlen
>>
>>
>>
>>
>>
>>
>> Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
>>
>> This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.
>>
>> _____
>> From: Ben Thomassen [bthomassen@edelson.com]
>> Sent: Wednesday, June 25, 2014 4:12 PM
>> To: Gamlen, Tod L
>> Cc: Rafey Balabanian; Taylor, Mark D; Michaud, Teresa H; Wong, Christina; Jack Yamin
>> Subject: Smith v. Pegatron, et al. (Case No. 3:14-cv-01822-CRB)
>>
>> Tod:
>>
>> A few items --
>>
>> First, per our call from earlier this week and your voicemail from today, we're not going to stipulate to pushing out the discovery deadlines for the case by 90 days.  We presume you'll re-raise your request to stay discovery in conjunction with your next motion to dismiss, and will deal with that request in turn.
>>
>> For now, we should set a date to hold our initial conferences.  Given the holiday, I presume meeting on July 2nd or 3rd will be most convenient for everyone.  I'm presently open on those dates, so let me know what works best on your end.
>>
>> Second, we're still tuning the amended pleadings.  Thus, we're planning on filing a notice of non-opposition and intent to amend tomorrow (i.e., instead of filing an amended complaint at that time). The actual amendment will, of course, be filed on or before July 3rd, in accordance with the timeframe of R 15(a)(1)(B).
>>

>> Third, given that we're still finalizing our pleadings, we're happy to review anything you'd like to send us in support of your view (as you mentioned on Monday's call) that Defendant Pegatron has nothing to do with this case. We obviously don't share your understanding, but if you can show us that we're wrong, we'll of course make the correction.
>>
>> I'll be out of the office through tomorrow, but am available by cell and email if you'd like to discuss any of the above.
>>
>> Thanks,
>> Ben
>>
>> --
>> Ben Thomassen | Edelson PC
>> 350 North LaSalle Street, Suite 1300
>> Chicago, Illinois  60654
>> 312.572-7208 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
>> bthomassen@edelson.com<mailto:bthomassen@edelson.com> | www.edelson.com<http://www.edelson.com>
>>
>> þ  Please consider the environment before printing this e-mail
>>
>> _____
>> CONFIDENTIALITY AND LIABILITY FOR MISUSE.
>> The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.
>> Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.