| | |
|---|---|
| 1 | Tod L. Gamlen, State Bar No. 83458 |
| 2 | tod.gamlen@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 3 | 660 Hansen Way<br>Palo Alto, CA  94304 |
| 4 | Telephone:  +1 650 856 2400<br>Facsimile:  +1 650 856 9299 |
| 5 | Teresa H. Michaud, State Bar No. 296329 |
| 6 | teresa.michaud@bakermckenzie.com<br>Christina M. Wong, State Bar No. 288171 |
| 7 | christina.wong@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 8 | Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111-3802 |
| 9 | Telephone:  +1 415 576 3022<br>Facsimile:  +1 415 576 3099 |
| 10 | Mark D. Taylor (Admitted *Pro Hac Vice*) |
| 11 | mark.taylor@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 12 | 2300 Trammell Crow Center<br>2001 Ross Avenue |
| 13 | Dallas, TX  75201<br>Telephone:  +1 214 978 3000<br>Facsimile:  +1 214 978 3099 |
| 14 | |
| 15 | Attorneys for Defendants<br>PEGATRON USA, INC., ASROCK AMERICA, |
| 16 | INC., and FATALITY, INC., d/b/a FATAL1TY,<br>INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC., d/b/a Fatal1ty, Inc., a Missouri corporation,<br><br>              Defendants. | Case No.  3:14-cv-01822-CRB<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE <u>MOTION FOR RELIEF</u>**<br><br><br><br>Judge:     The Hon. Charles R. Breyer<br>Complaint Filed:    April 21, 2014 |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

521131-v1\PALDMS

Case No.  3:14-cv-01822-CRB
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF

Having read and considered all papers filed in relation to Defendants Pegatron USA, Inc., ASRock America, Inc., and Fatality, Inc.'s Motion for Administrative Relief to Continue the July 25, 2014 Case Management Conference and Related Dates (the "**Motion**") filed on June 30, 2014, and good cause shown,

**IT IS HEREBY ORDERED** that the Defendants' Motion is GRANTED, the Court's April 22, 2014 Order Setting Initial Case Management Conference and ADR Deadlines is hereby vacated and amended as set forth below:

| Date | Event |
| --- | --- |
| 10/3/2014 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 10/17/2014 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement |
| 10/24/2014 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 6, 17th Fl, SF at 8:30 AM |

DATED:   July 1, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

521131-v1\PALDMS

1

Case No. 3:14-cv-01822-CRB
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF