**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 22, 2014**　　　　　　　　　　　　Time:　10　minutes

**C-14-01822 CRB**

　**SMITH v. PEGATRON USA, INC.**

Attorneys:　　Benjamin Thomassen　　　　　　　Tod Gamien

　　　　　　　　　　　　　　　　　　　　　　　　Christine Wong

Deputy Clerk:　Barbara Espinoza　　　　　　Reporter: **Lydia Zinn**

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　　**RULING:**

1. Motion to Dismiss　　　　　　　　　　　　　　　　　Denied

2. 

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____　　　　　　for ____

Discovery Cut-Off ____　　　　　　　Expert Discovery Cut-Off ____
Plntf to Name Experts by ____　　　　Deft to Name Experts by ____
P/T Conference Date ____　Trial Date ____　Set for ____ days
　　　　　　　　　　　Type of Trial:　( )Jury　　( )Court

Notes: ____