Tod L. Gamlen, State Bar No. 83458
 tod.gamlen@bakermckenzie.com
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Teresa H. Michaud, State Bar No. 296329
 teresa.michaud@bakermckenzie.com
Christina M. Wong, State Bar No. 288171
 christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3022
Facsimile: +1 415 576 3099

Mark D. Taylor (Admitted *Pro Hac Vice*)
 mark.taylor@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Telephone: +1 214 978 3000
Facsimile: +1 214 978 3099

Attorneys for Defendant
FATALITY, INC., d/b/a Fatal1ty, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC., d/b/a Fatal1ty, Inc., a Missouri corporation,<br><br>Defendants. | Case No. 3:14-cv-01822-CRB<br><br>**ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Defendant Fatality, Inc., d/b/a Fatal1ty, Inc. ("Fatality"), by and through its attorneys, hereby answers the First Amended Class Action Complaint of Plaintiff Joshua Smith ("Plaintiff" or "Smith") filed on July 3, 2014.

**NATURE OF THE ACTION**

1. According to the FAC, the term "ASRock" refers to Defendant ASRock America, Inc., which, for purposes of this Answer, will be referred to as "ASRock America." Defendant Fatal1ty denies that it partnered with defendant ASRock America, in 2010 or ever. As to the remaining allegations of this paragraph, Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

2. Defendant Fatal1ty denies that it played any role in the creation of the marketing materials or product packaging referred to in this paragraph other than licensing the " Fatal1ty" mark for use in connection with the ASRock Fatal1ty motherboards and denies the allegations of this paragraph.

3. Denied.

**PARTIES**

4. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them. Said Defendant further denies that plaintiff and/or the class he seeks to represent are entitled to any relief from this answering defendant.

5. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

6. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

7. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

8. Defendant Fatal1ty admits that its principal place of business is as alleged in this paragraph. Said defendant denies the remainder of the allegations in this paragraph.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

## JURISDICTION AND VENUE

9. Defendant Fatal1ty admits that Plaintiff is a citizen of a different state than the Defendants. Defendant Fatal1ty denies the remaining allegations of this paragraph.

10. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

11. Defendant Fatal1ty denies it conducts significant business in this District. As to the remaining allegations of this paragraph, Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

## FACTUAL BACKGROUND

12. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

13. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

14. Defendant Fatal1ty denies the first sentence of this paragraph. Defendant Fatal1ty admits the second and third sentences of this paragraph.

15. Defendant Fatal1ty admits that it entered into an agreement whereby Auravision negotiates licenses of the "Fatal1ty" name to producers of certain products. As to the remaining allegations of this paragraph, Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

16. Defendant Fatal1ty admits that the press release referred to in this paragraph was issued in December 2010 and further alleges that the press release speaks for itself. Defendant Fatal1ty denies that the reference to "ASRock" in such press release is to ASRock America. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief ab out the truth of the allegations that such press release was issued by Auravision or that it was issued from California and on such basis denies such allegations.

17. Denied.

18. Denied.

19. Defendant Fatal1ty denies that it was involved in creating, developing or producing

2

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. Said Defendant further denies the allegations of this paragraph.

20. Defendant Fatal1ty admits that the physical packaging of certain models of the ASRock Fatal1ty motherboards contained, at one time, the following statement, among others:

> "Boosts Networking Performance 5X."
>
> "5X Networking Performance…feature Killer E2200 Intelligent Networking Platform, which boosts networking performance up to 5X for time-sensitive UDP (User Datagram Protocol)-based applications, such as online games and high quality media streaming."

Except as so expressly admitted, Defendant Fatal1ty denies the allegations of this paragraph.

21. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

22. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

23. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

24. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of the allegations of the first sentence of this paragraph and on such basis denies them. This answering Defendant admits the allegations of the second sentence of this paragraph. This answering Defendant denies the allegations of the third sentence of this paragraph.

25. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

26. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering Defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on said Defendant's website. Said Defendant further denies the allegations of this paragraph.

3

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

27. Defendant Fatal1ty admits that changes were made to statements made on the www.asrock.com website along the lines alleged in this paragraph but such website is not created, developed, hosted, maintained or owned by it. This answering Defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on said Defendant's website. Said Defendant further denies the allegations of this paragraph.

28. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

29. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

30. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name and denies the allegations of this paragraph.

31. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

32. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name and denies the allegations of this paragraph.

33. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

allegations of this paragraph.

34. Defendant Fatal1ty admits that changes were made to statements made on the www.asrock.com website along the lines alleged in this paragraph but such website is not created, developed, hosted, maintained or owned by it. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. Said Defendant denies the allegations of this paragraph.

35. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. Said Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

36. Denied.

37. Defendant Fatal1ty denies that it was involved in developing or producing the ASRock Fatal1ty motherboards or packaging, other than licensing the Fatal1ty name. Said Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

38. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

39. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

40. Defendant Fatal1ty denies that it was involved in the creation of any user manual for any of the products at issue in the FAC. Said Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

41. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

42. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

1  Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

43. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

44. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

45. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

46. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

47. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

48. Denied.

49. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denied them.

50. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

51. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

the truth of these allegations and on such basis denies them.

52. Denied.

53. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

54. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

55. Denied.

## **CLASS ALLEGATIONS**

56. Defendant Fatal1ty denies that this action may properly proceed as a class actions under the provisions of any applicable law. Responding further, Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Defendant Fatal1ty lack knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

**FIRST CAUSE OF ACTION**
**Violation of Consumers Legal Remedies Act**
**Cal. Civ. Code §§ 1750, *et seq.***
**(On Behalf of Plaintiff and the Class)**

64. Defendant Fatal1ty hereby incorporates by reference its responses to the allegations in each of the preceding paragraphs as if set out in full herein.

65. Defendant Fatal1ty denies that it engaged in the actions and/or conduct alleged in the FAC and denies the allegations of this paragraph.

66. Admitted.

7

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

67. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

68. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

74. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

75. Denied.

76. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

77. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

the truth of these allegations and on such basis denies them.

78. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

79. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

80. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

81. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

82. Denied.

83. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of this paragraph and on such basis denies them. Said answering defendant admits the allegations in the second sentence of this paragraph. Said answering defendant further alleges that neither plaintiff nor the members of the class he seeks to represent are entitled to any remedy against this answering defendant.

**SECOND CAUSE OF ACTION**
**Violations of California's Unfair Competition Law**
**Cal. Bus. & Prof. Code §§ 17200, *et seq.***
**(On Behalf of Plaintiff and the Class)**

84. Defendant Fatal1ty hereby incorporates by reference its responses to the allegations in each of the preceding paragraphs as if set out in full herein.

85. The allegations in this paragraph are conclusions of law and not allegations of fact. Defendant Fatal1ty admits that the courts and the California legislature have stated the purpose of the UCL and that all parties are bound by such expressions to the extent that the law so provides. Except as so expressly admitted, Defendant Fatal1ty lacks knowledge or information sufficient to

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

form a belief about the truth of these allegations and on such basis denies them.

86. The allegations in this paragraph are conclusions of law and not allegations of fact. Defendant Fatal1ty admits that the express language of the UCL speaks for itself. Except as so expressly admitted, Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

87. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

88. Denied.

89. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

90. Denied.

91. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

92. Defendant Fatal1ty denies that it engaged in the acts alleged in the FAC, denies any conduct of this defendant was fraudulent or in any way improper and denies the allegations of this paragraph.

93. Denied.

94. Denied.

95. Defendant Fatal1ty denies that it engaged in the acts on which the FAC is based, denies any conduct of it was fraudulent or in any way improper and denies the allegations of this paragraph. As to the remaining allegations in this paragraph, Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

96. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

the truth of the allegations in this paragraph and on such basis denies them. Said answering defendant further alleges that neither plaintiff nor the members of the class he seeks to represent are entitled to any remedy against this answering defendant.

### THIRD CAUSE OF ACTION
**Violation of False Advertising Law**
**Cal. Bus. & Prof. Code §§ 17500,** *et seq.*
**(On Behalf of Plaintiff and the Class)**

97. Defendant Fatal1ty hereby incorporates by reference its responses to the allegations in each of the preceding paragraphs as if set out in full herein.

98. The allegations in this paragraph are conclusions of law and not allegations of fact. Defendant Fatal1ty admits that the express language of the FAC speaks for itself. Except as so expressly admitted, Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

99. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

100. Denied.

101. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

102. Denied.

103. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and on such basis denies them. Said answering

11

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

defendant further alleges that neither plaintiff nor the members of the class he seeks to represent are entitled to any remedy against this answering defendant.

### FOURTH CAUSE OF ACTION
### Fraud in the Inducement
### (On Behalf of Plaintiff and the Class)

104. Defendant Fatal1ty hereby incorporates by reference its responses to the allegations in each of the preceding paragraphs as if set out in full herein.

105. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

106. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

107. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

108. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of these allegations and on such basis denies them.

109. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

12

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

110. Denied.

111. Denied.

112. Defendant Fatal1ty denies that it was involved in creating, developing, making or producing the representations or advertising statements at issue in the FAC relating to the ASRock Fatal1ty motherboards, other than licensing the Fatal1ty name. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said Defendant denies the allegations of this paragraph.

113. Denied

114. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and on such basis denies them. Said answering defendant further alleges that neither plaintiff nor the members of the class he seeks to represent are entitled to any remedy against this answering defendant.

**FIFTH CAUSE OF ACTION DEFENDANT FATAL1TY**
**Breach of Express Warranties**
**(On Behalf of Plaintiff and the Class)**

115. Defendant Fatal1ty hereby incorporates by reference its responses to the allegations in each of the preceding paragraphs as if set out in full herein.

116. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

117. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of

13

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

118. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

119. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

120. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

121. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

122. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

123. Defendant Fatal1ty alleges that, other than licensing the "Fatal1ty" name for the ASRock Fatal1ty motherboards, this answering defendant did not create, develop, make or produce any of the advertising statements at issue in the FAC, was not involved in creating product packaging. This answering defendant alleges that it cannot be treated as the publisher or speaker of any information by another content provider that is linked or appears on any website of this answering defendant. Said answering defendant denies it made any statement referred to in the FAC that plaintiff contends constitutes a warranty. Said answering defendant denies the allegations of this paragraph.

124. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and on such basis denies them. Said answering defendant further alleges that neither plaintiff nor the members of the class he seeks to represent are entitled to any remedy against this answering defendant.

15

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

524558-v4\PALDMS

## SIXTH CAUSE OF ACTION
### Unjust Enrichment
### (On Behalf of Plaintiff and the Class)

125. Defendant Fatal1ty hereby incorporates by reference its responses to the allegations in each of the preceding paragraphs as if set out in full herein.

126. Denied.

127. Denied.

128. Denied.

129. Defendant Fatal1ty lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on such basis denies them. Said answering defendant further alleges that neither plaintiff nor the members of the class he seeks to represent are entitled to any remedy against this answering defendant.

## AFFIRMATIVE DEFENSES

Defendant Fatal1ty hereby asserts the following affirmative defenses to Plaintiff's claims. Defendant Fatal1ty reserves the right to raise other defenses, affirmative or otherwise, that may become evident during discovery and during any other proceeding in this action. Fatality also reserves the right to amend and/or delete any affirmative defenses in the event that discovery indicates it may be appropriate to do so.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

130. As a first affirmative defense, Defendant Fatal1ty alleges that Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Immunity under Communications Decency Act, 47 U.S. C. § 230)

131. As a second affirmative defense, Defendant Fatal1ty alleges that it did not create or develop any of the advertising statements on which the claims in this action are based, and to the extent that any such statement is linked to or otherwise accessed by or through any website of Fatal1ty, said answering defendant is immune from liability and/or no claim can be brought against it based on such statement under the Communications Decency Act, 47 U.S.C. § 230.

16

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Mitigate Alleged Damages)

132. As a third affirmative defense, Defendant Fatal1ty alleges that Plaintiff has not mitigated its damages, if any.

## FOURTH AFFIRMATIVE DEFENSE
### (Unconstitutionality)

133. As a fourth affirmative defense, Defendant Fatal1ty alleges that the claims, to the extent that they seek exemplary or punitive damages, violate defendant's rights to procedural due process under the Fourteenth Amendment of the United Sates Constitution and, therefore, fail to state a cause of action upon which punitive or exemplary damages can be awarded.

## FIFTH AFFIRMATIVE DEFENSE
### (Reservation of Rights)

134. As a fifth affirmative defense, Defendant Fatal1ty alleges that discovery has not yet begun, and on the basis of such discovery, other affirmative defenses may become known or substantiated. Defendant reserves the right to add affirmative defenses within a reasonable time after the facts of said affirmative defenses may become known to Defendant.

## SIXTH AFFIRMATIVE DEFENSE
### (Lack of Adequate Representation)

135. As a sixth affirmative defense, Defendant Fatal1ty alleges that the named Plaintiffs lack standing as representatives of the proposed class and do not adequately represent the putative class members.

## SEVENTH AFFIRMATIVE DEFENSE
### (Fails to Meet Rule 23)

136. As a seventh affirmative defense, Defendant Fatal1ty alleges that this action does not meet the requirements for class action treatment under Rule 23 of the Federal Rules of Civil Procedure, or any other applicable law, including, but not limited to, failing to satisfy the requirements of numerosity, commonality and predominance, typicality, and superiority. Plaintiffs cannot prosecute this action on behalf of the putative class they purport to represent.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS

# EIGHTH AFFIRMATIVE DEFENSE
**(Defense of Other Defendants)**

137. As an eighth affirmative defense, Defendant Fatal1ty incorporates and adopts each and every applicable defense asserted by any other defendant in this action.

WHEREFORE, Defendant Fatality , Inc., d/b/a Fatal1ty, Inc. prays as follows:

1. The Plaintiff take nothing by reason of its complaint and that judgment be entered in favor of Defendants.

2. That Defendant Fatality , Inc., d/b/a Fatal1ty, Inc. be awarded its costs of suit incurred in defense of this action; and,

3. For such other and further relief as the Court deems proper.

Dated: September 22, 2014            Respectfully submitted,

**BAKER & McKENZIE LLP**

By: /s/ Tod L. Gamlen
    Tod L. Gamlen
Attorneys for Defendant
DEFENDANT FATALITY , INC., d/b/a
Fatal1ty, Inc.

18

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:14-cv-01822-CRB
ANSWER OF DEFENDANT FATALITY, INC., d/b/a FATAL1TY, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT
524558-v4\PALDMS