| | |
|---|---|
| 1 | Samuel M. Lasser (SBN - 252754) |
|   | samlasser@hotmail.com |
| 2 | LAW OFFICE OF SAMUEL LASSER |
|   | 1934 Divisadero Street |
| 3 | San Francisco, California 94115 |
|   | Tel: 415.994.9930 |
| 4 | Fax: 415.776.8047 |
| 5 | Jay Edelson (Admitted *Pro Hac Vice*) |
|   | jedelson@edelson.com |
| 6 | Rafey S. Balabanian (Admitted *Pro Hac Vice*) |
|   | rbalabanian@edelson.com |
| 7 | Benjamin S. Thomassen (Admitted *Pro Hac Vice*) |
|   | bthomassen@edelson.com |
| 8 | Amir C. Missaghi (Admitted *Pro Hac Vice*) |
|   | amissaghi@edelson.com |
| 9 | EDELSON PC |
|   | 350 North LaSalle Street, Suite 1300 |
| 10 | Chicago, Illinois 60654 |
|   | Tel: 312.589.6370 |
| 11 | Fax: 312.589.6378 |
| 12 | *Attorneys for Plaintiff and the Putative Class* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-01822-CRB |
| *Plaintiff*, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | Judge: Hon. Charles R. Breyer |
| PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC. d/b/a Fatal1tiy, Inc., a Missouri corporation, | Action Filed: April 21, 2014 |
| *Defendants*. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Mark S. Eisen withdraws as local counsel of record for Plaintiffs and the putative class in the above-captioned matter. Samuel M. Lasser of the Law Office of Samuel Lasser, an attorney in good standing with the California bar, will replace Mr. Eisen as local counsel of record. Attorneys Jay Edelson, Rafey S. Balabanian, Benjamin S. Thomassen, and Amir C. Missaghi will also continue to represent Plaintiff and the putative class in this action.

Respectfully submitted,

Dated: November 4, 2014        By: /s/ Mark S. Eisen

Dated: November 4, 2014        By: /s/ Samuel M. Lasser
                                       One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Amir C. Missaghi (Admitted *Pro Hac Vice*)
amissaghi@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel M. Lasser (SBN - 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

*Attorneys for Plaintiff and the Putative Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Samuel M. Lasser, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: November 4, 2014      By:    By:     /s/ Samuel M. Lasser
                                                                       Samuel M. Lasser

**CERTIFICATE OF SERVICE**

I, Samuel M. Lasser, hereby certify that on November 4, 2014, I served the above and foregoing *Notice of Change in Counsel* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 4th day of November 2014.

          /s/ Samuel M. Lasser
          Samuel M. Lasser