Samuel M. Lasser (SBN - 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Jay Edelson (*Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (*Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (*Pro Hac Vice*)
bthomassen@edelson.com
Amir C. Missaghi (*Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff
JOSHUA SMITH

Tod L. Gamlen, State Bar No. 83458
tod.gamlen@bakermckenzie.com
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 856-9299

Teresa H. Michaud, State Bar No. 296329
teresa.michaud@bakermckenzie.com
Christina Wong, State Bar No. 288171
christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3022
Facsimile:   +1 415 576 3099

Mark D. Taylor (*Pro Hac Vice*)
mark.taylor@bakermckenzie.com
**BAKER & McKENZIE LLP**
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, TX 75201
Telephone: +1 214 978 3000
Facsimile: +1 214 978 3099
Attorneys for Defendants
PEGATRON USA, INC., ASROCK AMERICA, INC., and FATALITY, INC., d/b/a FATAL1TY, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC., d/b/a Fatal1ty, Inc., a Missouri corporation,<br><br>*Defendants.* | Case No. 3:14-cv-01822-CRB<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br><br>First Amended Complaint Filed: July 3, 2014 |

1  Pursuant to the Court's Standing Order Setting Case Management Conference and Northern
2  District Local Rule 6-2, the Parties hereto, through their respective counsel of record, stipulate as
3  follows:
4  WHEREAS, on November 17, 2014, Plaintiff Joshua Smith ("Plaintiff") and Defendants
5  Pegatron USA, Inc., ASRock America, Inc., and Fatal1ty, Inc. ("Defendants") (collectively, the
6  "Parties") appeared for an initial case management conference. At that time, the Court set a further
7  case management conference for February 20, 2015, with a case management statement due by
8  February 13, 2015. (Dkt. 53.)
9  WHEREAS, subsequent to the initial case management conference, and per the Stipulation
10 and Order Selecting ADR Process, (Dkt. 54), the Parties scheduled a private mediation before Hon.
11 Eugene F. Lynch (Ret.) of JAMS for March 4, 2015.
12 WHEREAS, the Parties agree that they will be in a superior position to present and
13 recommend a schedule to the Court for the remainder of this case following their March 4, 2015
14 mediation.
15 WHEREAS, for the convenience of all involved, the Parties stipulate and agree to move
16 their case management conference schedule as follows:

**STIPULATION**

1. The Parties, by and through their undersigned counsel, respectfully request that their case management conference be moved to March 20, 2015, with a case management statement due by March 13, 2015;

2. The dates requested in this stipulation will not interfere with any dates previously set by order of the Court.

3. All parties agree to the stipulation as indicated by their signatures below. The Parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon. A Proposed Order is filed herewith.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  February 13, 2015 | BAKER & McKENZIE LLP |
|   | By:  /s/ Teresa H. Michaud |
|   | Teresa H. Michaud<br>teresa.michaud@bakermckenzie.com<br>BAKER & McKENZIE LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, California 94111<br>Tel: 415.576.3000 |
|   | Attorneys for Defendant<br>PEGATRON USA, INC., ASROCK AMERICA, INC., and FATALITY, INC., d/b/a FATAL1TY, INC. |
| Dated:  February 13, 2015 | EDELSON PC |
|   | By: /s/ Benjamin S. Thomassen |
|   | Benjamin S. Thomassen (*Pro Hac Vice*)<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|   | Attorneys for Plaintiff<br>JOSHUA SMITH |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  February 13, 2015

      /s/ Benjamin S. Thomassen
Benjamin S. Thomassen

1  **ORDER**

2  The Court, having considered the above joint request and good cause appearing therefore,

3  HEREBY ORDERS that:

4  The next case management conference for this matter will be held on March 20, 2015 at

5  8:30 a.m. in Courtroom 6, 17th Floor, San Francisco. The parties shall submit their case

6  management statement by March 13, 2015.

7

8  IT IS SO ORDERED.

9

10  Dated: February 17, 2015



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE