| | |
|---|---|
| Samuel Lasser (SBN - 252754)<br>   slasser@edelson.com<br>EDELSON PC<br>1934 Divisadero Street<br>San Francisco, California 94115<br>Tel: 415.994.9930<br>Fax: 415.776.8047<br><br>Jay Edelson (Admitted *Pro Hac Vice*)<br>   jedelson@edelson.com<br>Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>   rbalabanian@edelson.com<br>Benjamin S. Thomassen (Admitted *Pro Hac Vice*)<br>   bthomassen@edelson.com<br>Amir Missaghi (Admitted *Pro Hac Vice*)<br>   amissaghi@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Attorneys for Plaintiff<br>JOSHUA SMITH | Teresa H. Michaud, State Bar No. 296329<br>   teresa.michaud@bakermckenzie.com<br>Christina M. Wong, State Bar No. 288171<br>   christina.wong@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111-3802<br>Telephone:  +1 415 576 3022<br>Facsimile:   +1 415 576 3099<br><br>Mark D. Taylor (Admitted *Pro Hac Vice*)<br>   mark.taylor@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX  75201<br>Telephone:  +1 214 978 3000<br>Facsimile:   +1 214 978 3099<br><br>Attorneys for Defendants<br>PEGATRON USA, INC., ASROCK AMERICA, INC., and FATALITY, INC., d/b/a FATAL1TY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PEGATRON USA, INC., a California corporation, ASROCK AMERICA, INC., a California corporation, and FATALITY, INC., d/b/a Fatal1ty, Inc., a Missouri corporation,<br><br>        Defendants. | Case No.  3:14-cv-01822-CRB<br><br>HON. CHARLES R. BREYER<br><br>JOINT STIPULATION EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT<br><br><br>First Amended Complaint Filed:<br>July 3, 2014 |

---

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING BRIEFING SCHEDULE

CASE NO. 3:14-cv-01822-CRB

WHEREAS, Plaintiff Joshua Smith ("Plaintiff") filed his First Amended Class Action Complaint on July 3, 2014, against Defendants Pegatron USA, ASRock America, Inc., and Fatality, Inc ("Defendants.") (Dkt. 34.)

WHEREAS, as set forth in their March 13, 2015 Joint Case Management Statement, and in light of the documents and information exchanged between the parties, Plaintiff indicated his intention to file an amended complaint, which would dismiss Pegatron USA and add ASRock, Inc. as a party-defendant. (Dkt. 65 § V.)

WHEREAS, following the parties' March 20, 2015 case management conference, the Court instructed Plaintiff to file his amended complaint by April 10, 2015. (Dkt. 67.)

WHEREAS, because the parties are continuing to engage in good faith and productive settlement discussions, the parties believe that a brief, seven (7) day extension of Plaintiff's current amendment deadline (i.e., from April 10, 2015 to April 17, 2015) will provide the them with a full opportunity to complete their discussions, which have the potential to result in dismissal of this case.

WHEREAS, the stipulation is not being filed for purposes of delay, but rather, to avoid the filing of additional pleadings that may be unnecessary.

THEREFORE, the parties hereby stipulate and agree as follows:

**STIPULATION**

1. The parties, by and through their undersigned counsel, hereby stipulate and respectfully request that Plaintiff's deadline to file a second amended complaint be extended by seven (7) days, until April 17, 2015. The reason for the requested extension of time is to provide the parties with a sufficient opportunity to complete their settlement discussions.

2. Three other time modifications have been previously made by stipulation in this matter. On May 13, 2014, and May 27, 2014, the parties stipulated that the time for Defendant to respond to the Complaint would be extended. (*See* Dkt. 19, 25.) On September 2, 2014, the parties stipulated that the time for Defendant to respond to the First Amended Complaint be extended. (*See* Dkt. 43.) No other time modifications have been ordered by the Court.

1   3. All parties agree to the stipulation as indicated by their signatures below. The
2   parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and
3   enter an Order thereupon. A form of Proposed Order is filed herewith.

*   *   *

Respectfully submitted,

Dated:  April 10, 2015            BAKER & McKENZIE LLP

By:  /s/ Mark D. Taylor

Mark D. Taylor (Admitted *Pro Hac Vice*)
mark.taylor@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Telephone: +1 214 978 3000
Facsimile:  +1 214 978 3099

Dated:  April 10, 2015            EDELSON PC

By: /s/ Benjamin S. Thomassen
  Benjamin S. Thomassen (Admitted Pro Hac Vice)
  bthomassen@edelson.com
  EDELSON PC
  350 North LaSalle Street, Suite 1300
  Chicago, Illinois 60654
  Tel: 312.589.6370
  Fax: 312.589.6378

  Attorneys for Plaintiff
  JOSHUA SMITH

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  April 10, 2015

      /s/ Benjamin S. Thomassen
Benjamin S. Thomassen

## """ORDER

The Court having considered the above joint request, and good standing appearing therefore, HEREBY ORDERS that Plaintiff shall have until April 17, 2015, to file his second amended complaint.

IT IS SO ORDERED.

Dated:  Cr tkrl35."4237

